IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-03605-RTG
(**The above civil action number must appear on all future papers
sent to the court in this action. Failure to include this number
may result in a delay in the consideration of your claims.**)

CHRISTOPHER LEE REYNOLDS,

     Plaintiff,

v.

UNKNOWN SERGEANT, Colorado State Patrol phone ending #6388,
BRADLEY SPARGUR, Colorado State Patrol Trooper, and
ROBERT HOWELL, Colorado State Patrol Trooper,

     Defendants.

---

## ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES

---

     Plaintiff Christopher Lee Reynolds initiated this action on December 30, 2024, but he did not provide an address for himself. He submitted *pro se* a "Complaint and Jury Demand" (ECF No. 1). He also paid the $405.00 filing fee. (*See id.*).

     As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(a), the Court has determined that the submitted document is deficient as described in this Order. Plaintiff will be directed to cure the following if he wishes to pursue any claims in this action. Any papers that Plaintiff files in response to this Order must include the civil action number on this Order.

1

**28 U.S.C. § 1915 Motion and Affidavit**:

(1) __      is not submitted
(2) __      is missing affidavit
(3) __      is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4) __      is missing certificate showing current balance in prison account
(5) __      is missing required financial information
(6) __      is missing authorization to calculate and disburse filing fee payments
(7) __      is missing an original signature
(8) __      is not on proper form
(9) __      names in caption do not match names in caption of complaint, petition or habeas application
(10) __      other:

**Complaint, Petition or Application**:

(11) __      is not submitted
(12) xx      <u>is not on proper form: Plaintiff must use the current Court-approved Complaint form</u>
(13) _xx_      <u>is missing an original signature</u>
(14) __      is missing page nos.
(15) __      uses et al. instead of listing all parties in caption
(16) __      names in caption do not match names in text
(17) _xx_      <u>addresses must be provided for all defendants</u>
(18) _xx_      <u>other: Plaintiff must provide his own address</u>

Plaintiff is informed that he may choose to contact the Federal Pro Se Clinic at (303) 824-5395 or https://www.cobar.org/cofederalproseclinic for possible assistance in this matter. The Federal Pro Se Clinic is located on the first floor of the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver CO 80294.

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order**. Any papers that Plaintiff files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that Plaintiff shall obtain and utilize the current Court-approved Complaint form, available with the applicable instructions, at www.cod.uscourts.gov. It is

FURTHER ORDERED that, if Plaintiff fails to cure all of the designated deficiencies **within thirty (30) days from the date of this order**, the action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED December 31, 2024.

BY THE COURT:

_____
Richard T. Gurley
United States Magistrate Judge