**suffering on all claims allowed by law in an amount to be determined at trial;**
**(c) All economic losses on all claims allowed by law;**
**(d) Punitive damages on all claims allowed by law and in an amount to be determined at trial;**
**(e) The costs associated with this action, including those**
**associated with expert witness fees, on all claims allowed by law;**
**(f) Pre- and post-judgment interest at the lawful rate; and**
**(g) Any further relief that this court deems just and proper, and any other relief as allowed by law.**
**(h) A hearing: to address the and test the information provided by Spargur in the original Affidavit**

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746;  18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper  purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation;  (2) is supported by existing law or by a nonfrivolous argument for extending or modifying  existing law; (3) the factual contentions have evidentiary support or, if specifically so identified,  will likely have evidentiary support after a reasonable opportunity for further investigation or  discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

_____
(Plaintiff's signature) *Christopher Reynolds*

_____
(Date) *January 8, 2025*

(Revised February 2022)