IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-03605-RTG

CHRISTOPHER L. REYNOLDS,

    Plaintiff,

v.

UNKNOWN SERGEANT, Colorado State Patrol phone ending #6388,
BRADLEY SPARGUR, Colorado State Patrol Trooper, and
ROBERT HOWELL, Colorado State Patrol Trooper,

    Defendants.

## NOTICE OF ENTRY OF APPEARANCE

Andrew D. Ringel of Hall & Evans, LLC hereby enters his appearance on behalf of Defendant Bradley Spargur in the above captioned matter.

Dated this 14th day of January, 2024.

    Respectfully submitted,

    *s/ Andrew D. Ringel*
    Andrew D. Ringel
    Hall & Evans, L.L.C.
    1001 17th Street, Suite 300
    Denver, Colorado 80202
    Tel: (303) 628-3300
    Fax: (303) 628-3368
    ringela@hallevans.com

    **ATTORNEY FOR DEFENDANT**
    **BRADLEY SPARGUR**

## CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on this 14th day of January, 2024, I electronically filed the foregoing **NOTICE OF ENTRY OF APPEARANCE** with the Clerk of the Court using the CM/ECF system and served on the below-listed persons via email:

*Pro Se Plaintiff:*
Christopher Lee Reynolds
Reynoldschris2121@gmail.com

        s/ *Elizabeth Miller*
        Legal Assistant
        Hall & Evans, L.L.C.