IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:24-cv-03605-RTG

CHRISTOPHER LEE REYNOLDS

    Plaintiff,

v.

UNKNOWN SERGEANT; Colorado State Patrol, phone # ending with 6388
BRADLEY SPARGUR, Colorado State Patrol Trooper
ROBERT HOWELL, Colorado State Patrol Trooper

    Defendants.
_____

## NOTICE OF ENTRY OF APPEARANCE
_____

    Scott A. Neckers of Overturf McGath & Hull, P.C. hereby enters his appearance as counsel of record on behalf of Defendant Robert Howell.

DATED this 30th day of January 2025.

    Respectfully submitted,

    **OVERTURF McGATH & HULL, P.C.**

    By *s/Scott A. Neckers*
       Scott A. Neckers
       Sarah A. Thomas
       Overturf McGath & Hull, P.C.
       625 East Sixteenth Avenue, Suite 100
       Denver, Colorado 80203
       Tel: (303)860-2848
       Fax: (303) 860-2869
       san@omhlaw.com

sat@omhlaw.com
*Attorneys for Defendant Robert Howell*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 30, 2025, I electronically filed the foregoing **NOTICE OF ENTRY OF APPEARANCE** with the Clerk of Court using the CM/ECF system with service as follows:

Jason M. Kosloski
Kosloski Law, PLLC
1312 17th Street, Unit 2779
Denver, CO 80202
(720) 605-6487
jkosloski@kosloskilaw.com
*Attorney for Plaintiff*

Andrew D. Ringel
Hall & Evans, L.L.C.
1001 17th Street, Suite 300
Denver, CO 80202
(303) 628-3300
ringela@hallevans.com
*Attorney for Defendant Bradley Spargur*

            *s/Jessica Pringle*