**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 24-cv-03605-RTG

**CHRISTOPHER L. REYNOLDS,**

Plaintiff,

v.

**UNKNOWN SERGEANT**, COLORADO STATE PATROL PHONE ENDING #6388;
**BRADLEY SPARGUR**, COLORADO STATE PATROL TROOPER; AND
**ROBERT HOWELL**, COLORADO STATE PATROL TROOPER,

Defendants.

---

**NOTICE OF CHANGE OF FIRM ADDRESS**

---

Please take notice of the following change of address for Kosloski Law, PLLC, effective immediately:

**1401 Lawrence Street, Suite 1600, Denver, CO 80202**

All other firm contact information remains the same. Please direct all future correspondence to this new address.

Dated: February 3, 2025

/s/ Jason M. Kosloski
Jason Kosloski (CO Bar # 50214)
KOSLOSKI LAW, PLLC
1312 17th Street, Unit #2779
Denver, CO 80202
(720) 605-6487
jkosloski@kosloskilaw.com
*Attorney for Plaintiff Christopher L. Reynolds*

1

### CERTIFICATE OF SERVICE

I hereby certify that on February 3, 2025, the foregoing **NOTICE OF ENTRY OF APPEARANCE** was filed using the CM/ECF e-filing system, which sends notice to the following:

Andrew D. Ringel
Hall & Evans, L.L.C.
1001 17th Street, Suite 300
Denver, Colorado 80202
Tel: (303) 628-3300
Fax: (303) 628-3368
ringela@hallevans.com
*Attorney for Defendant Spargur*

Scott Neckers
Overturf McGath & Hull, P.C.
625 E 16th Ave.
Denver, Colorado 80203
Tel: (303) 866-9484
san@omhlaw.com
*Attorney for Defendant Howell*

/s/ Jason Kosloski
Jason Kosloski