IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-03605-RTG

CHRISTOPHER LEE REYNOLDS,

    Plaintiff,

v.

UNKNOWN SERGEANT, Colorado State Patrol phone ending #6388,
BRADLEY SPARGUR, Colorado State Patrol Trooper, and
ROBERT HOWELL, Colorado State Patrol Trooper,
CLAYTON J. AINKLEY, Representative for Colorado State Patrol, Second Assistant
    Attorney General/ Tort Litigation Unit, Colorado Department of Law,
ALLISON AILER, Representative for Colorado State Patrol, Colorado Department of
    Law,
SCOTT NECKERS, Colorado State Trooper Robert Howell's Attorney, and
ANDREW RINGAL, Colorado State Trooper Bradley Spargur's Attorney,

    Defendants.

## ORDER DRAWING CASE

The Court has determined that this case is no longer appropriate for initial review pursuant to D.C.COLO.LCivR 8.1(a). Therefore, the case will be drawn to a presiding judge. *See* D.C.COLO.LCivR 8.1(c).

Accordingly, it is

ORDERED that this case shall be drawn to a presiding judge and, if applicable, to a magistrate judge.

DATED February 4, 2025.

BY THE COURT:

*Richard T. Gurley*

―――――――――――――――――――
Richard T. Gurley
United States Magistrate Judge