IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:24-cv-03605-NRN

CHRISTOPHER LEE REYNOLDS

    Plaintiff,

v.

BRADLEY SPARGUR, Colorado State Patrol Trooper
ROBERT HOWELL, Colorado State Patrol Trooper

    Defendants.
_____

**DEFENDANTS' JOINT UNOPPOSED MOTION FOR ONE-WEEK EXTENSION OF TIME TO FILE THEIR RESPONSIVE PLEADINGS**
_____

Defendants Bradley Spargur and Robert Howell, through their respective counsel, hereby submit their unopposed motion for a one-week extension of time to file their responsive pleadings, up through and including March 21, 2025, and as grounds state:

### Certificate of Conferral

Undersigned counsel certifies that they conferred with Plaintiff's counsel regarding the relief requested and Plaintiff's counsel does not oppose this extension.

### Motion

Plaintiff, through counsel, filed his Second Amended Complaint (Dkt. No. 19) on February 28, 2025. Defendants previously waived service of a prior complaint on January 16, 2025 (Spargur) (Dkt. No. 9) and January 21, 2025 (Howell) (Dkt. No. 10). The parties

have been working together to find a time to meet to discuss the case and the Defendants' responses to the Second Amended Complaint. That meeting of counsel has now been set for March 18, 2025. However, based on the prior waivers of service and the filing of the second amended complaint on February 28, 2025, Defendants' responsive pleadings are theoretically due on March 14, 2025 (today).

Counsel for the Defendants believe it is appropriate to discuss their responses to the Second Amended Complaint with counsel for the Plaintiff prior to responding. As a result, Defendants respectfully request an extension of time of one additional week, up through and including March 21, 2025 in which to file their responses to the Second Amended Complaint to allow the March 18, 2025, discussion to occur before the responses are due. No party will be prejudiced by this extension and Plaintiff's counsel stipulates to this extension.

Wherefore, Defendants respectfully request that this Court grant this motion and provide them a one-week extension, up through and including March 21, 2025 in which to file their responses to Plaintiff's Second Amended Complaint.

DATED this 14th day of March 2025.

Respectfully submitted,

**OVERTURF McGATH & HULL, P.C.**

By  *s/ Scott A. Neckers*
Scott A. Neckers
Sarah A. Thomas
Overturf McGath & Hull, P.C.
625 East Sixteenth Avenue, Suite 100
Denver, Colorado 80203

                                        Tel: (303)860-2848
                                        Fax: (303) 860-2869
                                        san@omhlaw.com
                                        sat@omhlaw.com
                                        *Attorneys for Defendant Robert Howell*

                                        **Hall & Evans, L.L.C.**

                            By  *s/ Andrew D. Ringel*
                                        Andrew D. Ringel
                                        Hall & Evans, L.L.C.
                                        1001 17th Street, Suite 300
                                        Denver, CO 80202
                                        (303) 628-3300
                                        ringela@hallevans.com
                                        *Attorney for Defendant Bradley Spargur*

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on March 14, 2025, I electronically filed the foregoing **DEFENDANTS' JOINT UNOPPOSED MOTION FOR ONE-WEEK EXTENSION OF TIME TO FILE THEIR RESPONSIVE PLEADINGS** with the Clerk of Court using the CM/ECF system with service as follows:

Jason M. Kosloski
Kosloski Law, PLLC
1401 Lawrence Street, Suite 1600
Denver, CO 80202
(720) 605-6487
jkosloski@kosloskilaw.com
*Attorney for Plaintiff*

Andrew D. Ringel
Hall & Evans, L.L.C.
1001 17th Street, Suite 300
Denver, CO 80202
(303) 628-3300
ringela@hallevans.com
*Attorney for Defendant Bradley Spargur*

                                        *s/Jessica Pringle*