IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-03605-NRN

CHRISTOPHER LEE REYNOLDS,

    Plaintiff,

v.

UNKNOWN SERGEANT, Colorado State Patrol phone ending #6388,
BRADLEY SPARGUR, Colorado State Patrol Trooper, and
ROBERT HOWELL, Colorado State Patrol Trooper,
CLAYTON J. AINKLEY, Representative for Colorado State Patrol, Second Assistant Attorney General/ Tort Litigation Unit, Colorado Department of Law,
ALLISON AILER, Representative for Colorado State Patrol, Colorado Department of Law,
SCOTT NECKERS, Colorado State Trooper Robert Howell's Attorney, and
ANDREW RINGAL, Colorado State Trooper Bradley Spargur's Attorney,

    Defendants.

---

## MINUTE ORDER

Entered by Magistrate Judge N. Reid Neureiter

    It is hereby ORDERED that Defendants' Joint Unopposed Motion for One-Week Extension of Time to File Their Responsive Pleadings (ECF No. 20) is GRANTED. Defendants Bradley Spargur and Robert Howell shall answer or otherwise respond to Plaintiff's Second Amended Complaint on or before March 21, 2025.

Date: March 14, 2025