IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-03605-NRN

CHRISTOPHER L. REYNOLDS,

    Plaintiff,

v.

BRADLEY SPARGUR, Colorado State Patrol Trooper, and
ROBERT HOWELL, Colorado State Patrol Trooper,

    Defendants.

**ELECTION CONCERNING CONSENT/NON-CONSENT TO
UNITED STATES MAGISTRATE JUDGE JURISDICTION**

Under 28 U.S.C. § 636(c) and

    (1)    D.C.Colo.LCiv.R. 40.1(c) (Assignment of Cases/Direct Assignment to Magistrate Judges);

    (2)    Fed. R. Civ. P. 73 and D.C.Colo.LCivR. 72.2 (Consent Jurisdiction of a Magistrate Judge)

or

    (3)    D.C.Colo.LAPR. 72.2 (Consent Jurisdiction of a Magistrate Judge)

**CHECK ONE**

_____ all parties in this civil action CONSENT to have a United States magistrate judge conduct all proceedings in this civil action, including trial, and to order the entry of a final judgment.

\_\_X\_\_. at least one party in this civil action DOES NOT CONSENT to have a United States magistrate judge conduct all proceedings in this civil action, including trial, and to order the entry of a final judgment.

Dated this 20th day of March, 2025.

s/ Jason M. Kosloski                .
Jason M. Kosloski, Esq.
**Attorney for the Plaintiff**


s/ Andrew D. Ringel              .
Andrew D. Ringel, Esq.
**Attorney for Defendant**
**Bradley Spargur**


s/ Scott A. Neckers              .
Scott A. Neckers, Esq.
**Attorney for Defendant**
**Robert Howell**

3

## CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on this 20th day of March, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and served on the below-listed persons via email:

Jason M. Kosloski, Esq.
Kosloski.jason@gmail.com

Scott A. Neckers, Esq.
san@omhlaw.com

Sarah A. Thomas, Esq.
sat@omhlaw.com

s/ *Elizabeth Miller*
Legal Assistant
Hall & Evans, L.L.C.