# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:24-cv-03605-PAB-NRN

CHRISTOPHER LEE REYNOLDS

    Plaintiff,

v.

BRADLEY SPARGUR, Colorado State Patrol Trooper
ROBERT HOWELL, Colorado State Patrol Trooper

    Defendants.
_____

**JOINT MOTION FOR EXTENSION OF TIME IN WHICH TO FILE PROPOSED SCHEDULING ORDER**
_____

Come now the parties, by and through their respective counsel, and hereby move for a two-day extension of time, up to and including Thursday, April 3, 2025, in which to file the proposed scheduling order, and as grounds state:

Pursuant to Dkt. No. 18, the Scheduling Conference in this matter is set for April 8, 2025. As such, the parties' proposed Scheduling Order is due today, April 1, 2025. The parties conducted their Rule 26(f) conference on Tuesday, March 18, 2025, and discussed that Plaintiff's counsel would prepare a draft scheduling order and provide it to Defendants' counsel.

Defendants' counsel has not yet been provided with a draft Scheduling Order and have followed up with Plaintiffs' counsel multiple times, hearing nothing. Therefore, it is

unlikely that the parties can meet today's deadline and will need two additional days, up through and including April 3, 2025, in which to file their proposed scheduling order.

Wherefore, the parties respectfully request that this Court grants their request and permits them two additional days to file the proposed Scheduling Order in this matter.

DATED this 1st day of April 2025.

        Respectfully submitted,

        **OVERTURF McGATH & HULL, P.C.**

By  *s/Scott A. Necker*
     Scott A. Neckers
     Sarah A. Thomas
     Overturf McGath & Hull, P.C.
     625 East Sixteenth Avenue, Suite 100
     Denver, Colorado 80203
     Tel: (303)860-2848
     Fax: (303) 860-2869
     san@omhlaw.com
     sat@omhlaw.com
     *Attorneys for Defendant Robert Howell*

        **Hall & Evans, LLC**

By  *s/Andrew D. Ringel*
     Andrew D. Ringel
     Hall & Evans, L.L.C.
     1001 17th Street, Suite 300
     Denver, CO 80202
     (303) 628-3300
     ringela@hallevans.com
     *Attorney for Defendant Bradley Spargur*

**Kosloski Law PLLC**

By  *s/Jason M. Kosloski*
Jason M. Kosloski
Kosloski Law, PLLC
1401 Lawrence Street, Suite 1600
Denver, CO 80202
(720) 605-6487
jkosloski@kosloskilaw.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 1, 2025, I electronically filed the foregoing **JOINT MOTION FOR EXTENSION OF TIME IN WHICH TO FILE PROPOSED SCHEDULING ORDER** with the Clerk of Court using the CM/ECF system with service as follows:

Jason M. Kosloski
Kosloski Law, PLLC
1401 Lawrence Street, Suite 1600
Denver, CO 80202
(720) 605-6487
jkosloski@kosloskilaw.com
*Attorney for Plaintiff*

Andrew D. Ringel
Hall & Evans, L.L.C.
1001 17th Street, Suite 300
Denver, CO 80202
(303) 628-3300
ringela@hallevans.com
*Attorney for Defendant Bradley Spargur*

*s/Jessica Pringle*