IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-03605-NRN

CHRISTOPHER LEE REYNOLDS,

    Plaintiff,

v.

UNKNOWN SERGEANT, Colorado State Patrol phone ending #6388,
BRADLEY SPARGUR, Colorado State Patrol Trooper, and
ROBERT HOWELL, Colorado State Patrol Trooper,
CLAYTON J. AINKLEY, Representative for Colorado State Patrol, Second Assistant Attorney General/ Tort Litigation Unit, Colorado Department of Law,
ALLISON AILER, Representative for Colorado State Patrol, Colorado Department of Law,
SCOTT NECKERS, Colorado State Trooper Robert Howell's Attorney, and
ANDREW RINGAL, Colorado State Trooper Bradley Spargur's Attorney,

    Defendants.

## MINUTE ORDER

Entered by Magistrate Judge N. Reid Neureiter

    It is hereby ORDERED that the Joint Motion for Extension of Time in Which to Filed Proposed Scheduling Order (ECF No. 27) is GRANTED. The Scheduling Order shall be filed on or before April 3, 2025.

Date: April 2, 2025