IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge N. Reid Neureiter**

| | |
|---|---|
| Civil Action No: 24-cv-03605-PAB-NRN | Date: April 8, 2025 |
| Courtroom Deputy: Román Villa | FTR: Courtroom A401 |

| *Parties:* | *Counsel:* |
|---|---|
| CHRISTOPHER L. REYNOLDS, | Jason Kosloski |
| Plaintiff, | |
| v. | |
| BRADLEY SPARGUR, COLORADO STATE PATROL TROOPER; and | Andrew Ringel (*via telephone*) |
| ROBERT HOWELL, COLORADO STATE PATROL TROOPER, | Scott Neckers (*via telephone*) |
| Defendants. | |

## COURTROOM MINUTES

### SCHEDULING CONFERENCE

**9:28 a.m.     Court in session.**

Court calls case. Appearances of counsel.

**THE FOLLOWING WILL CONFIRM THE ACTIONS TAKEN AND DATES SET AT THE SCHEDULING CONFERENCE HELD THIS DATE.**

Initial Disclosures shall be made on or before April 22, 2025.

Joinder of Parties/Amendment to Pleadings: June 9, 2025

Discovery Cut-off: December 8, 2025

Dispositive Motions Deadline: January 16, 2026

Each side shall be limited to 6 depositions, excluding experts.
Depositions shall not exceed 7 hours for parties, all other fact depositions are limited to 4 hours.  For retained experts, depositions shall not exceed 7 hours.

Plaintiff shall be limited to 30 interrogatories, 30 requests for production, and 30 requests for admission.
Each Defendant shall be limited to 20 interrogatories, 20 requests for production, and 20 requests for admission
Interrogatories, Requests for Production, and Requests for Admissions shall be served 45 days prior to the close of discovery.

Each side shall be limited to 2 retained expert witnesses, absent leave of court.
Disclosure of Affirmative Experts: October 1, 2025
Disclosure of Rebuttal Experts: November 10, 2025
The disclosure of Experts shall be consistent with Fed. R. Civ. P. 26(a)2(B).

**JOINT STATUS REPORT** shall be filed no later than **September 2, 2025**, updating the Court on the status of discovery and if there is anything the parties need to address with the Court.  If there are any outstanding issues, the Court may set a Status Conference.

Telephonic **Final Pretrial Conference** set for **March 3, 2026, at 10:00 a.m**. before Magistrate Judge N. Reid Neureiter in Courtroom A401, Fourth floor, Alfred A. Arraj Courthouse, 901 19th Street, Denver, Colorado 80294. The parties shall electronically file their proposed pretrial order through CM/ECF, and include a courtesy copy of the proposed order in a Word format sent by email to Neureiter_Chambers@cod.uscourts.gov seven days prior to the conference. **Five minutes prior to the start of the hearing, the parties shall call the conference line 571-353-2301, Access Code 841686937# to participate.**

**Counsel may not file any OPPOSED discovery motions without leave of court. Counsel are instructed that should a discovery dispute arise they are to comply with Local Rule 7.1(a) in an effort to resolve the issues.  If that is unsuccessful, counsel shall jointly call Chambers at (303) 335-2403 to arrange for a discovery hearing before the Court. At least two business days prior to the hearing, the parties shall email Chambers Neureiter_Chambers@cod.uscourts.gov  a joint statement, no longer than ten pages, setting out each party's position with regard to each dispute.**

**Parties are directed to www.cod.uscourts.gov and shall fully comply with the procedures of the judicial officer assigned to try this case on the merits.**

**10:00 a.m.    Court in recess.**

Hearing concluded.
Total in-court time:   00:32

*To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.