# KILLMER LANE, LLP

ATTORNEYS AT LAW

1543 CHAMPA ST. • SUITE 400 • THE ODD FELLOWS HALL • DENVER, CO 80202
303.571.1000 • FAX: 303.571.1001 • www.killmerlane.com

Darold W. Killmer
David A. Lane*+
Michael Fairhurst
Thomas Kelley°
Liana Gerstle Orshan
Reid Allison+
Madison Lips

April 24, 2024

**VIA EMAIL**

Drew Williams
Colorado Department of Law
Drew.Williams@coag.gov

Re:   Tolling Agreement – *Christopher Reynolds v. Bradley Spargur, et al.*

Dear Mr. Williams:

This letter, when countersigned, constitutes an agreement between Christopher Reynolds, the Colorado State Patrol, Bradley Spargur and Robert Howell, to toll all applicable statutes of limitations related to any claims Mr. Reynolds may file in federal or state court against the Colorado State Patrol, Bradley Spargur and/or Robert Howell. This equitable tolling agreement is to run for the period between the date of this letter up to and including 30 days after any party gives written notice that the agreement is terminated. This agreement is made in order to permit Mr. Reynolds and the Colorado State Patrol, Bradley Spargur and Robert Howell to pursue efforts to obtain a resolution of the claims alleged without need for litigation.

By signing this agreement, the parties agree that the statutes of limitations regarding any claims Mr. Reynolds may file in federal or state court against the Colorado State Patrol, Bradley Spargur and/or Robert Howell will be tolled. The Colorado State Patrol, Bradley Spargur and Robert Howell agree to voluntarily waive the defense of timeliness or statute of limitations if litigation is filed after April 26, 2024, but within the time period of tolling as described in this agreement. During the term of this agreement, neither Mr. Reynolds nor KILLMER LANE, LLP shall initiate any legal or equitable action on behalf of Mr. Reynolds against the Colorado State Patrol, Bradley Spargur or Robert Howell.

Sincerely,

*[signature]*

KILLMER LANE, LLP

° Also admitted to practice in California
+ Also admitted to practice in New York
Of Counsel

**EXHIBIT B**

I, on behalf of the Colorado State Patrol agree to the equitable tolling agreement as described in this letter.

Signed: _____ Date: 4/24/2024
Drew Williams



I, on behalf of Bradley Spargur agree to the equitable tolling agreement as described in this letter.

Signed: _____ Date: 4/24/2024
Andrew Ringel



I, on behalf of Robert Howell agree to the equitable tolling agreement as described in this letter.

Signed: _____ Date: 4/24/2024
Scott Neckers