IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:24-cv-03605-PAB-NRN

CHRISTOPHER LEE REYNOLDS

    Plaintiff,

v.

BRADLEY SPARGUR, Colorado State Patrol Trooper
ROBERT HOWELL, Colorado State Patrol Trooper

    Defendants.
_____

### AFFIDAVIT OF SCOTT A. NECKERS, ESQ.
_____

I, Scott A. Neckers, Esq. being over 18 years of age and being duly sworn, hereby state under oath as follows:

1. My name is Scott Neckers.

2. I am over the age of eighteen and I am competent to testify about the matters contained in this Affidavit. This Affidavit is based on my personal knowledge.

3. I am a licensed attorney in Colorado and am counsel of record for Defendant Robert Howell, Colorado State Patrol Trooper, in this case.

4. I have been representing Trooper Howell since April 2024.

1

EXHIBIT C

5. On April 23, 2024 I, along with counsel for Trooper Bradley Spargur, Andrew Ringel, received a draft tolling agreement from Attorney Drew Williams with the Colorado Attorney General's Office.

6. The tolling agreement was sent to Attorney Williams by Mr. Reynolds' counsel, the law firm of Kilmer Lane LLP.

7. Attorneys at the Kilmer Lane LLP law firm drafted the tolling agreement.

8. I signed the tolling agreement on behalf of Trooper Howell, Mr. Ringel signed the tolling agreement on behalf of Trooper Spargur, and Mr. Williams signed the tolling agreement on behalf of the Colorado State Patrol. Attorney Michael Fairhurst of the Kilmer Lane LLP firm signed the tolling agreement on behalf of Christopher Reynolds.

9. I did not make or request any changes to the tolling agreement drafted by the Kilmer Lane LLP firm, nor did Mr. Ringel or Mr. Williams.

## VERIFICATION

I, Scott A. Neckers, Esq., hereby swear and affirm that the foregoing statements contained in my affidavit are true and correct to the best of my knowledge, information and belief.

Pursuant to 28 U.S.C. § 1746, I declare under the penalty of perjury that the forgoing is true and correct.

Executed on July 3, 2025.

*/s/ Scott Neckers*
_____
Scott A. Neckers, Esq.