

Christopher Reynolds <reynoldschris2121@gmail.com>

# Reynolds - your case

2 messages



EXHIBIT

D

[redacted]

---

**Michael Fairhurst** <mfairhurst@killmerlane.com> Thu, Oct 31, 2024 at 3:47 PM

To: Christopher Reynolds <reynoldschris2121@gmail.com>
Cc: Darold Killmer <dkillmer@killmerlane.com>, Jesse Askeland <jaskeland@killmerlane.com>

Chris,

We have decided to terminate our representation of you.



If you would like to look for another lawyer, then we urge you to do so ASAP. Once the attorney general's office terminates the tolling agreement that is in effect (which has not happened yet, but may well happen very soon), you will only have 30 days to file suit before the statute of limitations passes.

Because we are no longer your counsel, we will not be taking further action on your behalf. You are responsible for all filing deadlines in your case.

Michael Fairhurst
*He/Him/His*
Killmer Lane, LLP
201 Main St.
Carbondale, CO 81623
303-571-1000
www.killmerlane.com

mfairhurst@killmerlane.com

Main office & mailing address:
1543 Champa St., Suite 400
Denver, CO 80202

---

**From:** Michael Fairhurst
**Sent:** Friday, October 25, 2024 6:19 PM
**To:** Christopher Reynolds <reynoldschris2121@gmail.com>
**Cc:** Darold Killmer <dkillmer@killmerlane.com>; Jesse Askeland <jaskeland@killmerlane.com>
**Subject:** Reynolds - your case

[Quoted text hidden]