Outlook

---

**Reynolds v. Spargur, et al. - tolling agreement**

---

**From** Michael Fairhurst <mfairhurst@killmerlane.com>

**Date** Fri 11/1/2024 4:34 PM

**To** Clayton Ankney <Clayton.Ankney@coag.gov>; Ringel, Andrew D. <ringela@hallevans.com>; Scott Neckers <san@omhlaw.com>; Jessica Pringle <jp@omhlaw.com>; Denise Munger <Denise.Munger@coag.gov>

**Cc** Darold Killmer <dkillmer@killmerlane.com>; Jesse Askeland <jaskeland@killmerlane.com>

---

> **External Email**

All,

Good afternoon. I am writing to inform you that Mr. Reynolds is terminating his tolling agreement that is currently operative in the above-referenced case, effective immediately. If you have any questions or need additional information, please let us know. I hope you enjoy the weekend.

Best regards,
Michael Fairhurst
*He/Him/His*
Killmer Lane, LLP
201 Main St.
Carbondale, CO 81623
303-571-1000
www.killmerlane.com
mfairhurst@killmerlane.com

Main office & mailing address:
1543 Champa St., Suite 400
Denver, CO  80202

**EXHIBIT**

**E**