**From:** Christopher Reynolds <reynoldschris2121@gmail.com>
**Sent:** Wednesday, November 6, 2024 3:28 PM
**To:** Clayton Ankney <Clayton.Ankney@coag.gov>
**Subject:** Settlement offer

 Well, good afternoon. This is Christopher Reynolds, and I am writing this email, not to harrass, or intimidate in anyway. As you are aware, I am no longer represented by an attorney at this point, and I wish to communicate myself moving foward. It is my understanding at this time,  that there was an agreement for negotiations in good faith, and unfortunately 6 months later, I have found this hasn't been the case at all, according to the emails you sent to Mr. Fairhurst, and  the mediation last week, and the way the case has been minimized shows me differently.

 Now I can completely point out the 4th ammendment violation, with the already court orders. I understand the Judge only found one violation, as several were definitely questioned, but not ruled upon because the officer didn't find anything. Doesn't mean Spargur didn't falsify the affidavit knowingly, several statements are very misleading to the Judge, as video of the stop will prove, along with the dispatch reports and the PHONE CALLS that I have told everyone about, that nobody has even taken into consideration. Spargur filed that same affidavit knowingly on three separate occasions, several days apart to three different judges. That's three different instances that my rights were violated, including perjury, on those three occasions, and the of coarse the lying testimony at the suppression hearing, which has been pointed out to you already. So that's 4 different violations. Spargur is also the one who applies for two search warrants and is the one that brings the charges against me..knowing the whole time what he was doing was illegal, from the time he chose to impound the bike. Like I said the phone calls will prove this was all pretextual, (not what was testified to) and without complete regard to anything that may occur or any consequences that may be faced. The right to do process was also violated with all this being said. In looking at this taking the bike was a violation, taking personal belongings was a violation, and using the judicial system for control is even more concerning to me, and Spargurs supervisor is the one the phone, which shows even they will violate and try to cover things up for their deputies. Just because an arrest and a search are valid doesn't mean they weren't illegal. I hope that you would reconsider your offer at this point, with all do respect, this is a handful of officers, with complete disregard with the same thing they swear to protect and serve. I look foward to hearing from you, thanks for your time.

**EXHIBIT F**