| | |
|---|---|
| **From:** | Christopher Reynolds |
| **To:** | Clayton Ankney |
| **Cc:** | Denise Munger |
| **Subject:** | Re: Settlement offer |
| **Date:** | Tuesday, November 26, 2024 10:48:00 AM |

I understand the position you have chosen. Unfortunately, at this time I'm going to have to find that negotiations have failed tremendously on behalf of the State. I will be asking for redress for the 188 days in jail, and the 210 days that the bike was illegally impounded, through the state and federal courts. I obviously need to let you know at this time that any agreement that was signed, is no longer in effect as of today November 26th. ( 30 day advisement in writing) (personally).  For the tolling agreement was a contract of "good faith" negotiations, but was used for time to minimize your clients actions. I do plan on filing a criminal complaint, but in keeping my end of the agreement, I will wait the 30 days. I was fully aware of any settlement release forms and etc..that was explained when 500,000 was on the table 6 months ago, when you guys signed a contract to negotiate in" good"faith. Gotta,say "I'm appauled by the way my intelligence has been demeanored." You all have a "tendency" of making an offer and telling me I have a certain date to accept it by? I also am aware that isn't legal either, and in breach of the tolling agreement.  The state at this time has taken the position to proceed, and represents officers that "lie" under oath, in an attempt to abuse the Judicial system to obtain a conviction, and was successful for the 188 days of incarceration, and the theft of the bike for 210 days. At this point its not about the money, I am reverting back to my original settlement offer at this time, as any other offers will remain in effect, until your own prescribed date above. (By your choice) The 100,000 dollars doesn't even bond me out on the charges I had to face!

On Tue, Nov 26, 2024, 9:06 AM Clayton Ankney <Clayton.Ankney@coag.gov> wrote:

> Good morning, Mr. Reynolds:
>
> Thank you for your emails. We have carefully considered your position, but we are not willing to reconsider the offer we made at the mediation.
>
> However, the $100,000 (one hundred thousand dollars) offer we made at the mediation is still open. This offer will remain open until 5:00 pm on Friday, November 29, 2024. After that time, this offer should be considered withdrawn.
>
> This offer is intended to settle the dispute globally on behalf of the State—including all State departments and employees—inclusive of all claims that could be brought, as well as related liens. This offer is in exchange for you settling all existing claims and releasing all claims that could have been brought in a lawsuit or any litigation or any claim otherwise arising from or related to the events that occurred on or about April 29, 2022, including, but not limited to, your motorcycle being pulled over, searched, seized, and impounded, and any subsequent events allegedly resulting from the from the events of April 29, 2022, including,

**EXHIBIT G**