IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-03605-NRN

CHRISTOPHER LEE REYNOLDS,

     Plaintiff,

v.

BRADLEY SPARGUR, Colorado State Patrol Trooper, and
ROBERT HOWELL, Colorado State Patrol Trooper,

     Defendants.

---

## MINUTE ORDER

---

Entered by Magistrate Judge N. Reid Neureiter

     It is hereby ORDERED that a telephonic Motion Hearing on Defendants' Motion to Stay or Limit Discovery Pending Ruling on Defendants' Motion for Summary Judgment on Their Statute of Limitations Defense (ECF No. 34) is set for August 12, 2025 at 11:30 a.m. Five minutes prior to the start of the hearing, the parties shall call the conference line 571-353-2301, Access Code 841686937# to participate.

Date: July 7, 2025