IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-03605-PAB-NRN

**CHRISTOPHER L. REYNOLDS,**

Plaintiff,

v.

**BRADLEY SPARGUR**, COLORADO STATE PATROL TROOPER; AND
**ROBERT HOWELL**, COLORADO STATE PATROL TROOPER,

Defendants.

---

### UNOPPOSED MOTION FOR TWO-WEEK EXTENSION OF DEADLINE FOR PLAINTIFF TO RESPOND TO DEFENDANTS' MOTION FOR SUMMARY JUDGEMENT

Plaintiff, Christopher Reynolds, by and through counsel requests that the Court grant a two-week extension of time for Plaintiff to file a response to Defendants' Motion for Summary Judgement. As grounds:

Plaintiff has conferred with counsel for Defendants. Defendants do not oppose the requested relief.

On July 3, 2025, Defendants filed their Motion for Summary Judgment. Plaintiff intends to file a response to this motion. The response is currently due for July 24, 2025.

Counsel for Plaintiff has completed significant work on the response. However, Plaintiff needs a brief extension of time to finish the response. Plaintiff plans to have this response completed in the next week but requests a two-week extension, to August 7, in order to ensure that this response is completed.

1

Discovery has not commenced and a motion to stay discovery is pending. Therefore, there would be no prejudice to any party in permitting an unopposed extension of time.

Dated: July 24, 2025

/s/ Jason M. Kosloski
Jason Kosloski (CO Bar # 50214)
KOSLOSKI LAW, PLLC
1312 17th Street, Unit #2779
Denver, CO 80202
(720) 605-6487
jkosloski@kosloskilaw.com
*Attorney for Plaintiff Christopher L. Reynolds*

Case No. 1:24-cv-03605-PAB-NRN    Document 37    filed 07/24/25    USDC Colorado
pg 2 of 3

## CERTIFICATE OF SERVICE

I hereby certify that on July 24, 2025, the foregoing **UNOPPOSED MOTION FOR TWO-WEEK EXTENSION OF DEADLINE FOR PLAINTIFF TO RESPOND TO DEFENDANTS' MOTION FOR SUMMARY JUDGEMENT** was filed using the CM/ECF e-filing system, which sends notice to the following:

Andrew D. Ringel
Hall & Evans, L.L.C.
1001 17th Street, Suite 300
Denver, Colorado 80202
Tel: (303) 628-3300
Fax: (303) 628-3368
ringela@hallevans.com
*Attorney for Defendant Spargur*

Scott Neckers
Overturf McGath & Hull, P.C.
625 E 16th Ave.
Denver, Colorado 80203
Tel: (303) 866-9484
san@omhlaw.com
*Attorney for Defendant Howell*

/s/ Jason Kosloski
Jason Kosloski