IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge N. Reid Neureiter**

| | |
|---|---|
| Civil Action No: 24-cv-03605-PAB-NRN | Date:  August 12, 2025 |
| Courtroom Deputy: Román Villa | FTR:  Courtroom A401 |

| *Parties:* | *Counsel:* |
|---|---|
| CHRISTOPHER LEE REYNOLDS, | Jason Kosloski |
| Plaintiff, | |
| v. | |
| BRADLEY SPARGUR, | Andrew Ringel |
| Colorado State Patrol Trooper | |
| ROBERT HOWELL, | Scott Neckers |
| Colorado State Patrol Trooper, | |
| Defendants. | |

## COURTROOM MINUTES

**TELEPHONIC MOTION HEARING**

**11:28 a.m.    Court in session.**

Court calls case. Appearances of Counsel. Mr. Reynolds also present via telephone.

This matter is before the Court regarding Defendants' Motion to Stay or Limit Discovery Pending Ruling on Defendants' Motion for Summary Judgment on their Statute of Limitations Defense (Dkt. #34).

For the reasons stated on the record, it is

**ORDERED**:   Defendants' Motion to Stay or Limit Discovery Pending Ruling on Defendants' Motion for Summary Judgment on their Statute of Limitations Defense (**Dkt. #34**) is **GRANTED**. All discovery and case deadlines are **STAYED** pending a determination of the motion for summary judgment.

In the event the motion for summary judgment is denied, the parties shall promptly contact the Chambers of Magistrate Judge Neureiter to set a status conference to address the case schedule.

**11:34 a.m.    Court in recess.**

Hearing concluded.
Total in-court time:   00:06

*To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.