**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 24-cv-03605-PAB-NRN

**CHRISTOPHER L. REYNOLDS,**

Plaintiff,

v.

**BRADLEY SPARGUR**, COLORADO STATE PATROL TROOPER; AND
**ROBERT HOWELL**, COLORADO STATE PATROL TROOPER,

Defendants.

---

**NOTICE OF APPEAL**

---

Notice is hereby given that Plaintiff, Christopher Reynolds appeals to the United States Court of Appeals for the Tenth Circuit from this Court's January 5, 2026, Order (ECF 42), granting Defendants' Motion for Summary Judgment (ECF 33). This Order was designated by the District Court as a Final Judgment pursuant to F.R.C.P. 58 (ECF 43).

Dated: January 27, 2026

/s/ Jason M. Kosloski
Jason Kosloski (CO Bar # 50214)
KOSLOSKI LAW, PLLC
1401 Lawrence Street, Suite 1600
Denver, CO 80202
(720) 605-6487
jkosloski@kosloskilaw.com
*Attorney for Plaintiff Christopher L. Reynolds*

1

## CERTIFICATE OF SERVICE

I hereby certify that on August 7, 2025, the foregoing **NOTICE OF APPEAL** was filed using the CM/ECF e-filing system, which sends notice to the following:

Andrew D. Ringel
Hall & Evans, L.L.C.
1001 17th Street, Suite 300
Denver, Colorado 80202
Tel: (303) 628-3300
Fax: (303) 628-3368
ringela@hallevans.com
*Attorney for Defendant Spargur*

Scott Neckers
Overturf McGath & Hull, P.C.
625 E 16th Ave.
Denver, Colorado 80203
Tel: (303) 866-9484
san@omhlaw.com
*Attorney for Defendant Howell*

/s/ Jason Kosloski
Jason Kosloski

2