**FILED**
**United States Court of Appeals**
**Tenth Circuit**

## UNITED STATES COURT OF APPEALS

### FOR THE TENTH CIRCUIT

**May 19, 2026**

_____

**Christopher M. Wolpert**
**Clerk of Court**

CHRISTOPHER LEE REYNOLDS,

    Plaintiff - Appellant,

v.

BRADLEY SPARGUR, Colorado State
Patrol Trooper; ROBERT HOWELL,
Colorado State Patrol Trooper,

    Defendants - Appellees.

No. 26-1030
(D.C. No. 1:24-CV-03605-PAB-NRN)
(D. Colo.)

_____

**ORDER**

_____

In accordance with 10th Cir. R. 33.1 and upon consideration of the stipulation of
the parties to voluntarily dismiss the captioned appeal, this appeal is dismissed.  _See_ Fed.
R. App. P. 42(b)(1).

Each party will bear their own costs on appeal.  A copy of this order will stand as
the mandate of the court.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk