UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert                                          Jane K. Castro
Clerk of Court                                                 Chief Deputy Clerk

May 19, 2026

Mr. Jeffrey P. Colwell
United States District Court for the District of Colorado
Office of the Clerk
Alfred A. Arraj U.S. Courthouse
901 19th Street
Denver, CO 80294-3589

Jason Kosloski
Kosloski Law
1401 Lawrence Street, Suite 1600
Denver, CO 80202

Scott Neckers
Sarah Anne Thomas
Overturf McGath & Hull
625 East 16th Avenue, Suite 100
Denver, CO 80203

Mr. Andrew David Ringel
Hall & Evans
1001 17th Street, Suite 300
Denver, CO 80202

RE:     26-1030, Reynolds v. Spargur, et al
        Dist/Ag docket: 1:24-CV-03605-PAB-NRN

Dear Counsel and Clerk:

Pursuant to Federal Rule of Appellate Procedure 41, the Tenth Circuit's mandate issued
today, and the court's final order takes effect. With the issuance of this letter, jurisdiction
is transferred back to the lower court/agency.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

CMW/jjh

2